**Charles K. HAMILTON, Plaintiff—Appellant,**

v.

**PILGRIM'S PRIDE CORPORATION, Defendant—Appellee.**

No. 04–1421.

United States Court of Appeals, Fourth Circuit.

Submitted June 10, 2004.

Decided June 17, 2004.

Charles K. Hamilton, Appellant pro se.

Daniel Leroy Fitch, Thomas Edward Ullrich, Wharton, Aldhizer & Weaver, Harrisonburg, Virginia. Peter Gregory Zurbuch, Busch & Talbott, Elkins, West Virginia, for Appellee.

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Charles K. Hamilton appeals the district court's order granting Defendant's motion for summary judgment on his complaint alleging excessive exposure to carbon monoxide. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Hamilton v. Pilgrim's Pride Corp.,* No. CA–03–9–2 (N.D.W.Va. Mar. 29, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*